**The relief described hereinbelow is SO ORDERED.**

**Signed November 29, 2022.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| MARIO GALLO | § | Case No. 19-30056-HCM |
| | § | |
| Debtor | § | |

### AGREED ORDER ON STANDING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

On this date, came on to be considered the Standing Chapter 13 Trustee's ("*Trustee*") Motion to Dismiss Case ("*Motion*"). The Court finds that notice was proper. The Court after review of the Motion and any responses, evidence and announcements, finds that the proposed agreed order is in the best interest of the estate. Accordingly,

**IT IS ORDERED ADJUDGED and DECREED**, that the Trustee's Motion to Dismiss Case is DENIED and the case is retained on the docket, subject to these conditions: the Debtor's current Chapter 13 plan payment in the amount of $650.00 shall include an additional $314.52 per month to cure Chapter 13 plan payment arrears for a total plan payment of

$964.52 ($650 + $314.52) due monthly, starting September 2022; with the current plan base remaining at $46,557.00.

**IT FURTHER ORDERED**, that the Debtor is solely responsible for sending the difference in the increased plan payment, in full and on time, until such time as the amended pay order is honored by Debtor(s) employer. The method of sending the increased plan payment is either by sending an electronic payment (www.ch13elpaso.com) OR by sending a cashier's check or money order to the Trustee lockbox, Attention Stuart Cox located at P.O. Box 210, Memphis, TN 38101.

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee is hereby authorized to dismiss the case by Summary Dismissal Order without further notice or hearing upon Debtor's failure to perform under this Order.

###

Order prepared and submitted by:
Office of the Standing Chapter 13 Trustee, Stuart C. Cox
Stuart C. Cox, Trustee
1760 N. Lee Trevino Dr.
El Paso, TX 79936
(915) 598-6769
(915) 598-9002 (fax)

AGREED BY:

_____
Stuart C. Cox, Trustee
SBN: 00794992
Brandon Lettunich, Staff Attorney
SNB: 24041332

_____
Karla P. Griffin
KARLA P. GRIFFIN LAW FIRM
Attorney(s) for Debtor(s)
SBN: 240 74659